Kendall Charles ALEXANDER, Petitioner,

v.

UNITED STATES PAROLE COMMISSION, Respondent.

No. 01–1842.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 4, 2001.

Decided Oct. 11, 2001.

Kendall C. Alexander, Petitioner pro se.

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

■ Kendall Charles Alexander petitions for review of the decision of the National Appeals Board for the United States Parole Commission. We dismiss the petition for lack of jurisdiction because the decision is not appealable. This court may exercise jurisdiction only over final orders by the district court, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order here challenged is neither a final district court order nor an appealable interlocutory or collateral order.

We deny leave to proceed in forma pauperis and dismiss the petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DISMISSED.*